IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

Case No. 21-11911
On appeal from the United States District Court
for the Middle District of Florida

ELVA BENSON,

Plaintiff/Appellee,

v.

ENTERPRISE LEASING COMPANY OF ORLANDO, LLC;
& ENTERPRISE HOLDINGS, INC.,

Defendants/Appellants.

**MOTION FOR LEAVE TO FILE OUT OF TIME AMICUS BRIEF IN SUPPORT OF APPELLANTS AND MOTION FOR 7-DAY EXTENSION TO FILE PROPOSED AMICUS BRIEF**

KRISTEN M. FIORE, B.C.S. (25766)
**AKERMAN LLP**
201 East Park Avenue, Suite 300
Tallahassee, Florida 32301
Telephone: (850) 224-9634
Facsimile: (850) 222-0103
kristen.fiore@akerman.com

ARLENE KLINE (104957)
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
arlene.kline@akerman.com

*Counsel for Amicus Curiae, The Academy of Florida Management Attorneys*

# CORPORATE DISCLOSURE STATEMENT AND
# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1, the movant—the Academy of Florida Management Attorneys ("AFMA")—states that it does not have a parent corporation; is not a publicly held corporation; and that no publicly held corporation has 10% or greater ownership of it.

Pursuant to Circuit Rule 26.1-1, AFMA adopts the Certificate of Interested Persons filed by Appellants and make the following additions:

1. Fiore, Kristen, Counsel for The Academy of Florida Management Attorneys, Movant.

2. Kline, Arlene, Counsel for The Academy of Florida Management Attorneys, Movant.

3. The Academy of Florida Management Attorneys, Movant.

# MOTION FOR LEAVE TO FILE OUT OF TIME AMICUS BRIEF IN SUPPORT OF APPELLANTS AND MOTION FOR 7-DAY EXTENSION TO FILE PROPOSED ANSWER BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(6), The Academy of Florida Management Attorneys ("AFMA"), files this motion for leave to file out of time an amicus curiae brief in support of Appellants, Enterprise Leasing Company of Orlando, LLC and Enterprise Holdings, Inc., and motion for 7-day extension to file the proposed amicus brief. In support of these motions, AFMA states as follows:

1. Amicus Curiae, AFMA, respectfully appears in this case in support of Appellants, Enterprise Leasing Company of Orlando, LLC and Enterprise Holdings, Inc.

2. AFMA is a statewide organization comprised of attorneys who represent the management of business entities throughout Florida. AFMA members regularly represent employers in cases such as the one here involving Worker Adjustment and Retraining Notification Act ("WARN Act"), 29 U.S.C. § 2102 *et seq.*

3. Clients of AFMA members have a vital interest in this case as it involves the interpretation of notification provisions in the WARN Act, which generally requires employers to provide 60 days' advance written notice of a "plant closing" or "mass layoff". This key issue in this case is the meaning of a "natural disaster" exception to the WARN Act's 60-day notice requirement—

1

namely whether plant closings or mass layoffs due to COVID-19 pandemic fall within this exception.

4. Accordingly, the decision of this Court will have statewide implications, and a direct impact upon the legal obligations of all Florida employers.

5. Accordingly, AFMA respectfully requests leave to file an out of time amicus brief in support of Appellants on these WARN-Act issues, and further moves for a seven-day extension to file the proposed amicus brief.

6. Prior to filing the instant motions, AFMA monitored the progress of this appeal in anticipation of filing a an amicus brief and signed up to receive alerts of any new filings. However, upon the granting of the right to appeal, a new case number was assigned to the case, which did not populate in the system to transfer these alerts. As such, AFMA did not receive any notice that Appellants' initial brief had been filed on July 14, 2021 until today.

7. Rule 29(a)(6) grants authority to this Court to allow a late filing of amicus briefs. Given the important business and legal interest involved in this appeal, AFMA respectfully seeks leave to file a late-filed brief to further provide support of Appellants' position with respect to the statutory interpretation of the notification provisions of the WARN Act.

8. AFMA further seeks leave for a 7-day extension to file the proposed amicus brief.

59147148;1

9. AFMA's brief will "provide important assistance to the court" because it underscores the <u>practical impact</u> of the issue to employers in WARN Act litigation stemming from the COVID-19 pandemic. *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002). Moreover, given that the COVID-19 pandemic is not over, this issue will continue to arise and employers would benefit from this Court's guidance on these issues when making future business decisions. *See Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (Scudder, J., in chambers) (noting that amici curiae can contribute to the briefing by, for example, "[e]xplaining the broader regulatory or commercial context in which a question comes to the court" or "[p]roviding practical perspectives on the consequences of potential outcomes").

10. AFMA further states that undersigned counsel has notified Appellants and Appellees of its intent to file the instant motions. Appellants have consented to the filing of the amicus brief. Counsel for Appellee objects to this filing.

WHEREFORE, AFMA respectfully requests that this Court grant AFMA leave to file an amicus brief in support of Appellants and extend the time for filing of the amicus brief to and including July 30, 2021.

3

Respectfully submitted,

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S. (25766)   ARLENE KLINE (104957)
AKERMAN LLP                         AKERMAN LLP
201 East Park Avenue, Suite 300     777 South Flagler Drive
Tallahassee, Florida 32301          Suite 1100 West Tower
Telephone:  (850) 224-9634          West Palm Beach, Florida 33401
Facsimile:   (850) 222-0103         Telephone:  (561) 653-5000
kristen.fiore@akerman.com           Facsimile:   (561) 659-6313
                                    arlene.kline@akerman.com

**ATTORNEYS FOR AMICUS CURIAE**

**FRAP 32(g)(1) CERTIFICATE OF COMPLIANCE**

I certify that this document complies with the type-volume limitation set forth in FRAP 27(d)(2). This document contains 650 words, excluding the parts exempted by FRAP 32(f) and 11th Cir. R. 32-4.  This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case whom are registered through the CM/ECF.

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S.
