IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

Case No. 21-11911
On appeal from the United States District Court
for the Middle District of Florida

ELVA BENSON,

Plaintiff/Appellee,

v.

ENTERPRISE LEASING COMPANY OF ORLANDO, LLC;
& ENTERPRISE HOLDINGS, INC.,

Defendants/Appellants.

## NOTICE OF PROPOSED AMICUS BRIEF

| | |
|---|---|
| KRISTEN M. FIORE, B.C.S. (25766) | ARLENE KLINE (104957) |
| **AKERMAN LLP** | **AKERMAN LLP** |
| 201 East Park Avenue, Suite 300 | 777 South Flagler Drive |
| Tallahassee, Florida 32301 | Suite 1100 West Tower |
| Telephone: (850) 224-9634 | West Palm Beach, Florida 33401 |
| Facsimile: (850) 222-0103 | Telephone: (561) 653-5000 |
| kristen.fiore@akerman.com | Facsimile: (561) 659-6313 |
| | arlene.kline@akerman.com |

*Counsel for Amicus Curiae, The Academy of Florida Management Attorneys*

No. 21-11911
*Enterprise Leasing Co. v. Benson*

# CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1, the movant—the Academy of Florida Management Attorneys ("AFMA")—states that it does not have a parent corporation; is not a publicly held corporation; and that no publicly held corporation has 10% or greater ownership of it.

Pursuant to Circuit Rule 26.1-1, AFMA adopts the Certificate of Interested Persons filed by Appellants and make the following additions:

1. Fiore, Kristen, Counsel for The Academy of Florida Management Attorneys, Amicus Curiae.

2. Kline, Arlene, Counsel for The Academy of Florida Management Attorneys, Amicus Curiae.

3. The Academy of Florida Management Attorneys, Amicus Curiae.

## NOTICE OF FILING PROPOSED AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), The Academy of Florida Management Attorneys ("AFMA"), files this Notice of Filing Proposed Amicus Brief and states:

On July 23, 2021, AFMA filed in this appeal a Motion for Leave to File Out of Time Amicus Brief in Support of Appellants and Motion for 7-Day Extension to File Proposed Amicus Brief requesting leave to file an amicus brief in support of Appellants and a 7-day extension of time within which to file the proposed amicus brief (the "Motion"). To date, this Court has not yet ruled on the Motion. However, consistent with Rule 29(a)(3)'s requirement that a proposed amicus brief accompany a motion for leave to file an amicus brief, AFMA now submits its proposed amicus brief for consideration along with the Motion. *See* [Exh. A].

Respectfully submitted,

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S. (25766)
AKERMAN LLP
201 East Park Avenue, Suite 300
Tallahassee, Florida 32301
Telephone: (850) 224-9634
Facsimile: (850) 222-0103
kristen.fiore@akerman.com

ARLENE KLINE (104957)
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
arlene.kline@akerman.com

**ATTORNEYS FOR AMICUS CURIAE**

1

59200748;1

## FRAP 32(g)(1) CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitation set forth in FRAP 27(d)(2). This document contains 140 words, excluding the parts exempted by FRAP 32(f) and 11th Cir. R. 32-4.  This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case whom are registered through the CM/ECF.

/s/ Kristen M. Fiore
KRISTEN M. FIORE, B.C.S.